FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02491-PAB

MARIA A. ADAMS,

Plaintiff,

v.

VEOLIA TRANSPORTATION,

Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant.  All costs of service shall be advanced by the United States.

DATED October 11, 2011.

BY THE COURT:

s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02491-PAB-KMT

Maria A. Adams
3273 S. Acoma
Englewood, CO 80110

US Marshal Service
Service Clerk
Service forms for: Veolia Transportation

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Veolia Transportation: TITLE VII COMPLAINT FILED 09/23/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on October 13, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk